

# IN THE
# TENTH COURT OF APPEALS

### No. 10-11-00074-CR

**DANIEL L. AINSWORTH,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the County Court at Law No. 1
Brazos County, Texas
Trial Court No. 10-05449-CRM-CCL**

## MEMORANDUM OPINION

Daniel Lee Ainsworth attempts to appeal from an order denying his application for writ of habeas corpus. The Clerk of this Court notified Ainsworth by letter dated June 15, 2011 that his appeal was subject to dismissal for want of jurisdiction. The Clerk also warned Ainsworth that the Court would dismiss the appeal unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the appeal. More than 21 days have passed and no response has been filed.

Accordingly, this appeal is dismissed.  TEX. R. APP. P. 44.3.


AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed July 20, 2011
Do not publish
[CR25]